**Order entered July 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01014-CV

**SPIN DOCTOR GOLF, INC., Appellant**

**V.**

**PAYMENTECH, L.P., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-06-1585-I**

## ORDER

Before the Court is appellant's July 15, 2013 motion to extend the time to file a motion for rehearing. We **GRANT** the motion. Appellant's time to file a motion for rehearing is extended to August 1, 2013.

/s/     JIM MOSELEY
         JUSTICE